# SCHOOL DIST. NO. 27, CRAIG COUNTY v. GRAHAM.

No. 3998.   Opinion Filed February 2, 1915

(146 Pac. 213.)

MECHANICS' LIENS—Property Subject—Public Buildings. A mechanics' lien will not attach to public buildings of this state or any subdivision thereof in the absence of a statute authorizing the same.

(Syllabus by the Court.)

*Error from District Court, Craig County;*

*Preston S. Davis, Judge.*

Action by J. H. Graham against School District No. 27, Craig County. Judgment for plaintiff, and defendant brings error. Reversed, with directions to enter judgment for defendant.

*Riddle & Bennett,* for plaintiff in error.

*W. H. Kornegay,* for defendant in error.

HARDY, J. Judgment was rendered in this case against plaintiff in error in favor of defendant in error, decreeing a mechanic's lien upon the schoolhouse of plaintiff in error in Craig county, Okla., in the sum of $262.90, and ordering said property appraised and sold for the satisfaction of said judgment.

The sole question presented by this appeal is the right of defendant in error to have a judgment decreeing a lien upon the schoolhouse for the amount of his debt. This contention has been settled adversely to defendant in error by several former decisions of this court. *Hutchinson v. Krueger et al.,* 34 Okla. 23, 124 Pac. 591, 41 L. R. A. (N. S.) 315, Ann. Cas. 1914C, 98; *Western Terra Cotta Co. et al. v. Board of Education of Shawnee et al.,* 39 Okla. 716, 136 Pac. 595; *Minnetonka Lumber Co. v. Board of Education of City of Sapulpa,* 41 Okla. 541, 139 Pac. 284.

The judgment of the lower court is reversed, with directions to enter judgment in favor of plaintiff in error.

All the Justices concur.